IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JIMMIE GHOLSON and MRS. GHOLSON, Inmate #07352-424,** )<br>)<br>**Plaintiff,** )<br>)<br>**vs.** )<br>)<br>**UNITED STATES OF AMERICA,** *et al.*, )<br>)<br>**Defendants.** ) | **CIVIL NO. 04-838-JPG-CJP** |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

The Court has now completed its threshold review of the action pursuant to 28 U.S.C. § 1915A, ordered service on the defendants who survived that review, and referred the case to the Honorable Clifford J. Proud, United States Magistrate Judge, for further pretrial proceedings. One threshold issue still remains: the status of Mrs. Gholson as a Plaintiff in the action. As stated in the Court's threshold order (Doc. 10), Mrs. Gholson did not sign the complaint and has not paid a filing fee or applied for *in forma pauperis* status. Furthermore, all of the claims brought by or on behalf of Mrs. Gholson have been dismissed from the action. Accordingly, Mrs. Gholson is **DISMISSED** as a party in the action.

**IT IS SO ORDERED.**

Dated: August 28, 2006

                                              s/ J. Phil Gilbert
                                              **U. S. District Judge**