IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JIMMIE GHOLSON, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. **04-838-JPG** |
| ) | |
| **UNITED STATES OF AMERICA, et al.,** ) | |
| ) | |
| Defendants. ) | |

### ORDER

**PROUD, Magistrate Judge:**

Before the Court is the defendants' motion to compel plaintiff to respond to their request for production and interrogatories. **(Doc. 71).** Plaintiff purportedly did not respond to the discovery requests, nor did he respond to subsequent informal inquiries. Plaintiff has not filed a response to the subject motion.

**IT IS THEREFORE ORDERED** that, in accordance with Federal Rules of Civil Procedure 33(b)(4) and 3434(b) and 37(a), the defendants' motion to compel **(Doc. 71)** is **GRANTED**; on or before **August 15, 2008**, plaintiff shall answer and otherwise fully comply without objection to the defendants' request for production and interrogatories (originally propounded in July 2007). Failure to comply with this order will likely result in the dismissal of this action. *See* **Fed.R.Civ.P. 37(b)(2)(C); Fed.R.Civ.P. 41(b).**

**IT IS SO ORDERED.**

**DATED: July 30, 2008**

                                                                  **s/ Clifford J. Proud**
                                                                  **CLIFFORD J. PROUD**
                                                                  **U. S. MAGISTRATE JUDGE**