IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **JIMMIE GHOLSON, et al.,** | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil No. **04-838-JPG** |
| **UNITED STATES OF AMERICA, et al.,** | ) | |
| Defendants. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's response to defendants Baake and Lyle's motion for summary judgment. **(Doc. 104).** Within that response is a request that the Court forward copies of various documents contained in the motion for summary judgment to the U.S. Attorney. **(Doc. 105).** Plaintiff perceives the documents contain false statements by the defendants constituting a crime under 18 U.S.C. § 1001.

At this juncture plaintiff offers only the assertion that the documents contain false statements. Plaintiff is free to send copies of the documents at issue to the U.S. Attorney's Office, if he so elects, but the Court will not do his bidding for him.

**IT IS THEREFORE ORDERED** that plaintiff's motion **(Doc. 105)** is **DENIED**.

**DATED: May 20, 2009**     s/ Clifford J. Proud
　　　　　　　　　　　　　　　**CLIFFORD J. PROUD**
　　　　　　　　　　　　　　　**U. S. MAGISTRATE JUDGE**