UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JIMMIE GHOLSON, Inmate #07352-424, and MRS. GHOLSON,

      Plaintiffs,

  v.

UNITED STATES, BUREAU OF PRISONS, IMMIGRATION AND NATURALIZATION SERVICE, CARL CASTLINE, CHARLES FELTS, WARDEN STEPP, A.W. RAU, A.W. BERKLELIBLE, THOMAS, HERSHBERGER, CAPTAIN HUDSON, PITTMANTAIL, JOHNSON, FINNEY, KRIST, ETHERTON, SHADOWESS, LIEUTENANT LOCKRIGE, BAAKE, DOCTOR LYLE AND JOHN DOES 1-15,

      Defendants.

Case No. 04-cv-838-JPG

## **JUDGMENT**

      This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

      IT IS HEREBY ORDERED AND ADJUDGED that the following claims are dismissed with prejudice:
- Count 1 by plaintiff Jimmie Gholson (retaliation in violation of his First Amendment rights);
- Count 4 by plaintiff Jimmie Gholson (regarding his transfer between institutions in violation of the Due Process Clause of the Fifth Amendment);
- part of Count 5 by plaintiff Jimmie Gholson (interfering with right of access to courts);
- Count 7 by plaintiff Mrs. Gholson (equal protection);
- Count 8 by plaintiff Mrs. Gholson (violation of the Fourth Amendment); and
- Count 9 by plaintiff Mrs. Gholson (violation of the Takings Clause of the Fifth Amendment)

against defendants United States of America, the Bureau of Prisons, the Immigration and Naturalization Service, Castline, Felts, Thomas, Hershberger, Stepp, Rau, Berklelible, Hudson, Pittmantail, Johnson, Finney, Krist, Etherton, Shadowess, and John Does;

      IT IS FURTHER ORDERED AND ADJUDGED that the following claims are dismissed without prejudice:
- Count 2 by plaintiff Jimmie Gholson (deliberate indifference to a serious medical need in violation of the Eighth Amendment);
- Count 3 by plaintiff Jimmie Gholson (body cavity searches in violation of the Fourth

      Amendment); and
- part of Count 5 by plaintiff Jimmie Gholson (interfering with freedom of religion in violation of the First Amendment);

against defendants United States of America, Bureau of Prisons, the Immigration and Naturalization Service, Castline, Felts, Thomas, Hershberger, Stepp, Rau, Berklelible, Hudson, Pittmantail, Johnson, Finney, Krist, Etherton, Shadowess, and John Does; and
- Count 6 by plaintiff Jimmie Gholson (Federal Tort Claim Act claim for denial of medical treatment); and
- Count 10 by plaintiff Mrs. Gholson (Federal Tort Claims Act claim for heart attack and coma)

against defendant United States of America; and.

      IT IS FURTHER ORDERED AND ADJUDGED that judgment on Count 2 (deliberate indifference to a serious medical need in violation of the Eighth Amendment) is entered in favor of defendants Lieutenant Lockrige, Baake and Doctor Lyle and against plaintiff Jimmie Gholson.

**DATED:  October 19, 2009**         **NANCY J. ROSENSTENGEL, Clerk of Court**

                                             **By:s/Deborah Agans, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**